## 58731. CHESSER v. HERRINGTON.

QUILLIAN, Presiding Judge.

The defendant appeals from the grant of summary judgment for the plaintiff. *Held:*

Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED OCTOBER 18, 1979 — DECIDED JANUARY 11, 1980.

*Francis Houston,* for appellant.

*Emmett P. Johnson,* for appellee.